UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD PILLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM M. RICHMOND, <br><br> Defendant. | CIVIL ACTION <br> NO. 09-11794-WGY |

ORDER

YOUNG, D.J.                                            November 16, 2012

    It appearing that the defendant has taken steps which, if disclosure is genuine and complete, are adequate to purge himself of civil contempt, he is ordered released without conditions.

    Should such disclosures prove wilfully incomplete, the plaintiffs may again seek the sanction of contempt.

    SO ORDERED.

/s/ William G. Young
William G. Young
District Judge